UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EDWIN KENNER LYON, ) | |
|     ID # 1463298, ) | |
|         Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:18-CV-0636-G (BH) |
| SGT. BOBBY GRAY, ) | |
|         Defendant. ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the U.S. Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

The plaintiff's motion for leave to file an amended complaint (docket entry 11), received September 20, 2018, is **DENIED**.

**SO ORDERED**.

October 16, 2018.

*[signature: A. Joe Fish]*

**A. JOE FISH**
**Senior United States District Judge**